RECEIVED

AUG - 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| JARVIS SINGLETON<br>LA. DOC #436698 | CIVIL ACTION NO. 6:14-cv-0193 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| WARDEN JOHN SMITH | MAGISTRATE JUDGE PATRICK J. HANNA |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __1__ day of August, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE